# United States Bankruptcy Court
## Eastern District of California

In re   **Paul F. Dumas,**
      **Jacklyn J. Dumas**

Case No. _____ **10-90518** _____

Debtors

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 675,000.00 | | |
| B - Personal Property | Yes | 4 | 3,681,070.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 870,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 356,354.36 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 4,134,484.58 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 8,550.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 9,115.00 |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 4,356,070.00 | | |
| Total Liabilities | | | | 5,360,838.94 | |

# United States Bankruptcy Court
### Eastern District of California

In re    **Paul F. Dumas,**
       **Jacklyn J. Dumas**

Case No.   __10-90518__

Debtors

Chapter      __11__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 356,354.36 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 356,354.36 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 8,550.00 |
| Average Expenses (from Schedule J, Line 18) | 9,115.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,000.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 536,375.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 311,458.62 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 44,895.74 |
| 4. Total from Schedule F | | 4,134,484.58 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 4,715,755.32 |

In re     **Paul F. Dumas,**                                       Case No.     **10-90518**

            **Jacklyn J. Dumas**

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Residence at 10324 St. Andrews Drive, Oakdale, California** | **Fee simple** | C | 325,000.00 | 853,000.00 |
| **Less than 1 acre land with sewer pump station, Alii Drive, South Kona, Hawaii** | **Fee simple** | C | 350,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 675,000.00 | (Total of this page) |
| Total > | 675,000.00 |  |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

In re   **Paul F. Dumas,**
       **Jacklyn J. Dumas**                     Case No.    **10-90518**

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Central Valley Community Bank, checking account, less than $20** | C | 20.00 |
| | | **Bank of America, checking account, less than $20** | C | 20.00 |
| | | **BBVA Compass Bank, checking account, less than $20** | C | 20.00 |
| | | **Bank of Stockton, checking account, less than $20** | C | 20.00 |
| | | **Oak Valley Community Bank, checking account, less than $20** | C | 20.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods, furniture, appliances, furniture, personal effects** | C | 35,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | C | 1,000.00 |
| 7. Furs and jewelry. | | **Wedding rings** | C | 5,000.00 |
| | | **Misc. jewelry and watches** | C | 5,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Gun collection** | C | 5,000.00 |

Sub-Total >        51,100.00
(Total of this page)

  **3**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Paul F. Dumas,**                              Case No.     __10-90518__

        **Jacklyn J. Dumas**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | 29.5% of Security Enterprises, controlled housing project, limitations on income, repayment, and sale | C | 10,000.00 |
| | | 23.095% of Keauhou Investment Company, subject to debt | C | Unknown |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Claims against Investment Grade Loans and Andrew Lewis regarding Keauhou Investment Company, real property in Hawaii | C | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >       **10,000.00**
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re    **Paul F. Dumas,**
         **Jacklyn J. Dumas**

Case No. _____ **10-90518** _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claims against Estate of David Zoriki** | C | 3,591,810.00 |
| | | **Claim against manufacturer of Avandia medication, failure to warn of side effects, including heart attack** | C | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Mercedes E-320, 92,000 miles** | C | 8,775.00 |
| | | **2001 Mercedes ML-320, 90,000 miles** | C | 8,625.00 |
| | | **1997 Mercedes C-280, 145,000 miles, daughter's vehicle** | C | 3,260.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment and furniture, computers, telephone system, desks, chairs** | C | 5,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

Sub-Total >     **3,617,470.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Paul F. Dumas,**                                      Case No.  __10-90518__
         **Jacklyn J. Dumas**

_____
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | Sweeper | C | 2,500.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | 2,500.00 |
| Total > | 3,681,070.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re      **Paul F. Dumas,**                                        Case No. _____**10-90518**_____
       **Jacklyn J. Dumas**

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Residence at 10324 St. Andrews Drive, Oakdale, California | C.C.P. § 704.730 | 175,000.00 | 325,000.00 |
| **Household Goods and Furnishings** | | | |
| Household goods, furniture, appliances, furniture, personal effects | C.C.P. § 704.020 | 35,000.00 | 35,000.00 |
| **Wearing Apparel** | | | |
| Clothing | C.C.P. § 704.020 | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| Wedding rings | C.C.P. § 704.040 | 5,000.00 | 5,000.00 |
| Misc. jewelry and watches | C.C.P. § 704.040 | 1,750.00 | 5,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Gun collection | C.C.P. § 704.020 | 5,000.00 | 5,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2002 Mercedes E-320, 92,000 miles | C.C.P. § 704.010 | 2,550.00 | 8,775.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Office equipment and furniture, computers, telephone system, desks, chairs | C.C.P. § 704.060 | 5,000.00 | 5,000.00 |
| | | | |
| Total: | | 230,300.00 | 389,775.00 |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

In re    **Paul F. Dumas,**                                              Case No.    **10-90518**

                **Jacklyn J. Dumas**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **2006** | | | | | |
| | | | **First deed of trust** | | | | | |
| **American Home Mortgage Servicing** P.O. Box 631730 Irving, TX 75063 | | C | **Residence at 10324 St. Andrews Drive, Oakdale, California** | | | | | |
| | | | Value $        **325,000.00** | | | | **585,000.00** | **278,000.00** |
| Account No. | | | **Security interest** | | | | | |
| | | | **2001 Mercedes ML-320, 90,000 miles** | | | | | |
| **Bonita I. Dumas Survivors Trust** 16422 Spring Creek Drive Ripon, CA 95366 | | C | | | | | | |
| | | | Value $        **8,625.00** | | | | **17,000.00** | **8,375.00** |
| Account No. | | | **2006** | | | | | |
| | | | **Second deed of trust** | | | | | |
| **Kathleen Dumas** 11117 Flowering Pear Drive Cupertino, CA 95014 | | C | **Residence at 10324 St. Andrews Drive, Oakdale, California** | | | | | |
| | | | Value $        **325,000.00** | | | | **250,000.00** | **250,000.00** |
| Account No. | | | **Property taxes** | | | | | |
| | | | **Residence at 10324 St. Andrews Drive, Oakdale, California** | | | | | |
| **Stanislaus County Tax Collector** P.O. Box 859 Modesto, CA 95353-0859 | | C | | | | | | |
| | | | Value $        **325,000.00** | | | | **18,000.00** | **0.00** |

   **0**    continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | 870,000.00 | 536,375.00 |
| Total (Report on Summary of Schedules) | 870,000.00 | 536,375.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

In re   **Paul F. Dumas,**
        **Jacklyn J. Dumas**

Case No. ___**10-90518**_____

_____
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**___ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Paul F. Dumas,**                             Case No.   **10-90518**

           **Jacklyn J. Dumas**

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| **Account No.** | | | | State income taxes | | | | | |
| Franchise Tax Board Bankruptcy Unit P.O. Box 2952 Sacramento, CA 95812-2952 | C | | | | | | X | | 0.00 |
| | | | | | | | | 90,000.00 | 90,000.00 |
| **Account No.** | | | | Federal income taxes, subject to offset for denied refund | | | | | |
| Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | C | | | | | | X | | 0.00 |
| | | | | | | | | 221,458.62 | 221,458.62 |
| **Account No.** | | | | Real property taxes on foreclosed property | | | | | |
| Sacramento County Treasurer Tax Collector 700 H Street, Room 1710 Sacramento, CA 95814 | C | | | | | | X | | 16,975.56 |
| | | | | | | | | 16,975.56 | 0.00 |
| **Account No.** | | | | Real property taxes on foreclosed property. | | | | | |
| Stanislaus County Tax Collector P.O. Box 859 Modesto, CA 95353-0859 | C | | | | | | X | | 27,920.18 |
| | | | | | | | | 27,920.18 | 0.00 |
| **Account No.** | | | | Additional address for notices | | | | | |
| U.S. Department of Justice Civil Trial Division, Western Region Box 683, Ben Franklin Station Washington, DC 20044 | C | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |

Sheet  **1**  of  **2**  continuation sheets attached to        Subtotal           **44,895.74**

Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    **356,354.36**    **311,458.62**

In re    **Paul F. Dumas,**              Case No.     **10-90518**
       **Jacklyn J. Dumas**

_____
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | **Additional address for notices** | | | | | | |
| **United States Attorney (For Internal Revenue Service) 2500 Tulare Street, Suite 4401 Fresno, CA 93721-1318** | C | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet   **2**   of   **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | | 0.00 |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | Total | | **44,895.74** |
| | (Report on Summary of Schedules) | **356,354.36** | **311,458.62** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Paul F. Dumas,**                                               Case No.    **10-90518**
        **Jacklyn J. Dumas**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7621** <br><br>**A T & T Wireless** <br>**P.O. Box 8229** <br>**Aurora, IL 60572-8229** | C | | **Phone** | | | | 911.53 |
| Account No. **x4276** <br><br>**Affiliated Consumer Control** <br>**P.O. Box 5052** <br>**Modesto, CA 95352** | C | | **Assigned claim for landscaping** | | | X | 151.42 |
| Account No. <br><br>**Agnes T. Dosio, as Trustee** <br>**of the John F. Dosio, & Agnes T.** <br>**Dosio** <br>**Family Trust, UDT** <br>**3412 Scenic Drive** <br>**Modesto, CA 95355** | C | | **partner in Keauhou Investment Company** | | | | Unknown |
| Account No. <br><br>**Alexa Luckman** <br>**819 Travis Street** <br>**Folsom, CA 95630** | C | | **partner in Keauhou Investment Company** | | | | Unknown |

   **19**   continuation sheets attached

Subtotal<br>(Total of this page)     <b>1,062.95</b>

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037               S/N:36111-100105   Best Case Bankruptcy

In re    **Paul F. Dumas,**
       **Jacklyn J. Dumas**                          Case No.    **10-90518**

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C / / / / | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Alfred F. Dumas Exemption Trust c/o Paul Dumas 10324 Saint Andrews Drive Oakdale, CA 95361** | C | | Buyout | | | | 952,826.69 |
| Account No. <br><br> **All Systems DataTel 4221 Northgate Blvd., Suite 1 Sacramento, CA 95834** | C | | Phone Services | | | | 260.00 |
| Account No. <br><br> **American Cancer Society 1604 Ford Avenue, Suite 8 Modesto, CA 95350** | C | | Misc. | | | | 500.00 |
| Account No. xxxx-xxxxxx-x3008 <br><br> **American Express P.O. Box 0001 Los Angeles, CA 90096-0001** | C | | Credit Card | | | | 22,702.00 |
| Account No. xxxxxxxxxxxx003-A <br><br> **American Express P.O. Box 0001 Los Angeles, CA 90096-0001** | C | | Credit Card | | | | 11,247.75 |

Sheet no. __1__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                 Subtotal (Total of this page)      **987,536.44**

In re    **Paul F. Dumas,**                                    Case No.    __10-90518__
         **Jacklyn J. Dumas**

_____
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Insurance | | | | |
| **Avquest Ins or Shaw Aviation** c/o Northern Calif. Col. Service, Inc. P.O. Box 13765 Sacramento, CA 95853 | | C | | | | | 3,562.02 |
| Account No. **xxx595-1** | | | Judgment on credit card | | | | |
| **Bank of America** c/o Eskanos & Adler 2325 Clayton Road Concord, CA 94520 | | C | | | | | 6,496.86 |
| Account No. **1743** | | | Credit Card | | | | |
| **Bank of America (Paul & Bonita Dumas)** c/o Northstar Location Services, LLC 4285 Genesee Street Cheektowaga, NY 14225-1963 | | C | | | | | 22,746.12 |
| Account No. | | | Credit Card | | | | |
| **Bank One** 4839 North Elston Chicago, IL 60630 | | C | | | | | 25,000.00 |
| Account No. | | | partner in Keauhou Investment Company | | | | |
| **Betty Sorenson** c/o Michael Sorenson 2786 Marsh Drive San Ramon, CA 94583 | | C | | | | | Unknown |

Sheet no. __2__ of __19__ sheets attached to Schedule of       Subtotal              57,805.00
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Paul F. Dumas,**                                   Case No. ___**10-90518**___
      **Jacklyn J. Dumas**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **D700** <br><br> **Big Valley Aviation** <br> **7535 South Lindbergh Street** <br> **Stockton, CA 95206** | C | | | Repairs | | | | 13,400.69 |
| Account No. <br><br> **Bonita I. Dumas Survivors Trust** <br> **Alfred F. Dumas Marital Trust** <br> **c/o Paul F. Dumas, Trustee** <br> **16422 Spring Creek Drive** <br> **Ripon, CA 95366** | C | | | partner in Keauhou Investment Company | | | | Unknown |
| Account No. <br><br> **Bonita I. Dumas Survivors Trust** <br> **10324 Saint Andrews Drive** <br> **Oakdale, CA 95361** | C | | | Loan | | | | 588,855.06 |
| Account No. **x1800** <br><br> **Boyett Petroleum** <br> **P.O. Box 576277** <br> **Modesto, CA 95357** | C | | | Fuel | | | | 3,621.49 |
| Account No. <br><br> **Brad E. Carlson** <br> **231 Simpson Howell Road** <br> **Elizabeth, PA 15037** | C | | | partner in Keauhou Investment Company | | | | Unknown |

Sheet no. __**3**__ of __**19**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     605,877.24

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Paul F. Dumas,**
        **Jacklyn J. Dumas**                       Case No.    **10-90518**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x4481** <br><br> **CA Emergency Physicians, DMC** <br> **1601 Cummins Drive, Suite D-06** <br> **Modesto, CA 95358-6403** | C | | Emergency medical WGAT-litigation | | | X | 520.00 |
| Account No. **xxxx-xxxx-xxxx-4994** <br><br> **Capital One Services** <br> **P.O. Box 85015** <br> **Richmond, VA 23285-5015** | C | | Credit Card | | | | 1,019.62 |
| Account No. <br><br> **Carol Kalamen** <br> **1200 W. Winton Avenue #212** <br> **Hayward, CA 94545** | C | | Partner in Keauhou Investment Company | | | | Unknown |
| Account No. **xxxx-xxxx-xxxx-1630** <br><br> **Citibank** <br> **Card Service Center** <br> **P.O. Box 6077** <br> **Sioux Falls, SD 57117-6077** | C | | Credit Card | | | | 33,612.90 |
| Account No. **xxxxxxxxxxx5220** <br><br> **Citibank, N.A.** <br> **Card Service Center** <br> **P.O. Box 6077** <br> **Sioux Falls, SD 57117-6077** | C | | Credit Card | | | | 8,510.18 |

Sheet no.   **4**   of   **19**   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal <br> (Total of this page)       **43,662.70**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re   **Paul F. Dumas,**                              Case No.    **10-90518**

            **Jacklyn J. Dumas**

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. **xx-xxx6297**<br><br>**Clark Pest Control**<br>**429 East Mono Way**<br>**Sonora, CA 95370-5234** | C | | | | Pest services | | | | 2,856.64 |
| Account No. **1993**<br><br>**Clendenin, Bird and Company**<br>**1552 Coffee Road, Suite 200**<br>**Modesto, CA 95355** | C | | | | Accounting services | | | | 20,107.88 |
| Account No. **xxxxxxx0247**<br><br>**County of Sacramento Utilities**<br>**9700 Goethe Road, Suite C**<br>**Sacramento, CA 95827** | C | | | | Utilities | | | | 538.91 |
| Account No. **xxxx-xxxx3/WJS**<br><br>**Crabtree Schmidt LLP**<br>**P.O. Box 3307**<br>**Modesto, CA 95353** | C | | | | Legal Fees | | | | 2,129.51 |
| Account No.<br><br>**Craig E. Fox**<br>**17 Lakeview**<br>**Stansbury Park, UT 84047** | C | | | | partner in Keauhou Investment Company | | | | Unknown |

| Sheet no. **5** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 25,632.94 |
|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re     **Paul F. Dumas,**                            Case No.     **10-90518**
           **Jacklyn J. Dumas**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Daniel Morris<br>3804 Wedgewood Drive<br>Lapeer, MI 48446** | C | | partner in Keauhou Investment Company | | | | **Unknown** |
| Account No.<br><br>**Debbi White-Wojtysiak<br>13322 N. Vista Del Oro<br>Fort Mcdowell, AZ 85264** | C | | partner in Keauhou Investment Company | | | | **Unknown** |
| Account No.<br><br>**Dell Accounts<br>P.O. Box 9020<br>Des Moines, IA 50368-9020** | C | | Computer | | | | **4,220.45** |
| Account No.<br><br>**Dennis Winchester<br>12701 Sierra View Drive<br>Oakdale, CA 95361** | C | | partner in Keauhou Investment Company | | | | **Unknown** |
| Account No. xxxx-xxxx-xxxx-6997<br><br>**Discover<br>c/o DBR Services<br>P.O. Box 8010<br>Hilliard, OH 43026-8010** | C | | Credit Card | | | | **8,666.44** |

Sheet no.   **6**   of   **19**   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **12,886.89**

In re __Paul F. Dumas,__  Case No. __10-90518__
  __Jacklyn J. Dumas__

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxx108-a** | | | | | Air Evac - WGAT-litigation | | | | |
| **DMC Air Med Team** **c/o The Nomura Law Offices, P.C.** **5151 North 16th Street** **Phoenix, AZ 85016-3919** | C | | | | | | | X | |
| | | | | | | | | | 6,054.20 |
| Account No. | | | | | Fees | | | | |
| **DMV** **P.O. Box 942885** **Sacramento, CA 94285-0001** | C | | | | | | | | |
| | | | | | | | | | 1,176.00 |
| Account No. **xx# xxxxx1379** | | | | | CFC# 00229171703 - Medical Care WGAT-litigation | | | | |
| **Doctors Medical Center** **c/o Central Financial Control** **P.O. Box 66044** **Anaheim, CA 92816-6044** | C | | | | | | | X | |
| | | | | | | | | | 270,638.20 |
| Account No. | | | | | Parts/repairs | | | | |
| **Don Pedro Pump** **P.O. Box 1038** **Hughson, CA 95326** | C | | | | | | | | |
| | | | | | | | | | 6,961.97 |
| Account No. | | | | | partner in Keauhou Investment Company | | | | |
| **Elda Marie Kraus, Trustee** **Elda Marie Kraus U/A DTD 7/9/93** **1468 Nikkel Way** **Ripon, CA 95366-9533** | C | | | | | | | | |
| | | | | | | | | | Unknown |

Sheet no. __7__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

284,830.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Paul F. Dumas,**
       **Jacklyn J. Dumas**                        Case No.    **10-90518**

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | partner in Keauhou Investment Company | | | | |
| **Ernie Dosio** **705 Black Oak Way** **Lodi, CA 95242-4672** | C | | | | | | | **Unknown** |
| Account No. **xx17-01** | | | | Legal fees - disputed and subject to offset | | | | |
| **Fainsbert, Mase & Snyder, LLC** **11835 West Olympic Blvd., Suite 1100** **Los Angeles, CA 90064** | C | | | | | | X | **6,086.54** |
| Account No. **xxx-xxxx2452** | | | | Insurance | | | | |
| **Fireman's Fund Insurance Company** **Corporate Collections** **Department CH-10273** **Palatine, IL 60055-0273** | C | | | | | | | **709.00** |
| Account No. | | | | partner in Keauhou Investment Company | | | | |
| **Frank Denny, Trustee** **1037 Copper Landing Court** **Modesto, CA 95355** | C | | | | | | | **Unknown** |
| Account No. **xxxxx &xxM133** | | | | Parts Repairs | | | | |
| **Garton Tractor** **P.O. Box 1849** **Turlock, CA 95381** | C | | | | | | | **Unknown** |

Sheet no. __8__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                             Subtotal
                                      (Total of this page)    **6,795.54**

In re     **Paul F. Dumas,**
             **Jacklyn J. Dumas**

Case No.    **10-90518**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Loan | | | | |
| Gary & Linda Woehl 209 Grenoble Drive Lodi, CA 95242 | C | | | | | | | 116,562.10 |
| Account No. | | | | Loan | | | | |
| Gary & Linda Woehl 209 Grenoble Drive Lodi, CA 95242 | C | | | | | | | 35,596.71 |
| Account No. | | | | Loan | | | | |
| Gary & Linda Woehl 209 Grenoble Drive Lodi, CA 95242 | C | | | | | | | 64,048.21 |
| Account No. | | | | Accounting services | | | | |
| Gary Woehl, CPA 3439 Brookside Road, Suite 201 Stockton, CA 95219 | C | | | | | | | 149,824.53 |
| Account No. | | | | Equipment Rental | | | | |
| Global Equipment Sales 1107 West Linwood Avenue Turlock, CA 95380 | C | | | | | | | 3,791.72 |

Sheet no. __9__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)

369,823.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **Paul F. Dumas,**     Case No.    __10-90518__
          **Jacklyn J. Dumas**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxxxtion** | | | | | Legal Fees | | | | |
| Harris & Parrisho 3031 W. March Lane, Suite 210 West Stockton, CA 95219 | C | | | | | | | | 2,486.00 |
| Account No. **xxxxxxxxxxx4680** | | | | | Credit Card | | | | |
| Home Depot Citibank c/o United Colleciton Bureau, Inc. 5620 Southwyck Blvd., Suite 206 Toledo, OH 43614 | C | | | | | | | | 429.82 |
| Account No. **xxxxxxxxxxx9790** | | | | | Credit Card | | | | |
| Household Atlantic Credit Finance, Inc. P.o. Box 13386 Roanoke, VA 24033-3386 | C | | | | | | | | 10,129.90 |
| Account No. | | | | | partner in Keauhou Investment Company | | | | |
| Jane E. Secor 78 S. Lake Doster Drive Plainwell, MI 49080-9109 | C | | | | | | | | Unknown |
| Account No. | | | | | partner in Keauhou Investment Company | | | | |
| Janet C. Davis 19948 North Hiddenridge Drive Surprise, AZ 85374 | C | | | | | | | | Unknown |

Sheet no. __10__ of __19__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)     13,045.72

In re    **Paul F. Dumas,**                                      Case No.    **10-90518**

            **Jacklyn J. Dumas**

                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | partner in Keauhou Investment Company | | | | |
| Karen A. Dumas 517 El Cajon Avenue Modesto, CA 95350 | C | | | | | | | | Unknown |
| Account No. | | | | | Buyout | | | | |
| Karen Dumas 517 El Cajon Avenue Modesto, CA 95350 | C | | | | | | | | Unknown |
| Account No. | | | | | partner in Keauhou Investment Company | | | | |
| Kathleen C. Dumas 11117 Flowering Pear Drive Cupertino, CA 95014 | C | | | | | | | | Unknown |
| Account No. | | | | | partner in Keauhou Investment Company | | | | |
| Kathleen Morris 2744 Round Tree Drive Troy, MI 48083 | C | | | | | | | | Unknown |
| Account No. | | | | | Buyout | | | | |
| Kathy Dumas 11117 Flowering Pear Cupertino, CA 95014 | C | | | | | | | | 327,276.51 |

Sheet no. __11__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal (Total of this page)      **327,276.51**

In re     **Paul F. Dumas,**                              Case No.     **10-90518**
         **Jacklyn J. Dumas**

                                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kathy Dumas** <br> **11117 Flowering Pear** <br> **Cupertino, CA 95014** | C | | **2nd Trust Deed** | | | | 250,000.00 |
| Account No. <br><br> **Keauhou Investment Company** <br> **10324 Saint Andrews Drive** <br> **Oakdale, CA 95361** | C | | **Any and all claims** | | | | Unknown |
| Account No. **xxx0.01-0** <br><br> **Law Offices of Francis X. Mohan, III** <br> **3031 W. March Lane** <br> **Suite 211 West** <br> **Stockton, CA 95219** | C | | **Legal Fees** | | | | 270.00 |
| Account No. <br><br> **Lynn Carlson** <br> **502 Main Street Extension** <br> **Mc Donald, PA 15057** | C | | **partner in Keauhou Investment Company** | | | | Unknown |
| Account No. **xxxxxx0646** <br><br> **Macy's** <br> **P.O. Box 4561** <br> **Carol Stream, IL 60197-4561** | C | | **Credit Card** | | | | 2,746.61 |

Sheet no. __**12**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal        253,016.61
                                  (Total of this page)

In re    **Paul F. Dumas,**
        **Jacklyn J. Dumas**                             Case No.    **10-90518**

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Margaret Morris**<br>**25871 Hollywood Street**<br>**Roseville, MI 48066** | C | | partner in Keauhou Investment Company | | | | Unknown |
| Account No. <br><br>**Marilyn Streeter, Trustee**<br>**The Streeter Family Living Trust**<br>**873 Geer Road**<br>**Modesto, CA 95351** | C | | partner in Keauhou Investment Company | | | | Unknown |
| Account No. <br><br>**Martin Pirrman**<br>**La Grange College**<br>**601 Broad Street**<br>**La Grange, GA 30240-2999** | C | | partner in Keauhou Investment Company | | | | Unknown |
| Account No. **xxx xxxxxxxxxx2647** <br><br>**MBNA Gold**<br>**c/o LTD Financial Services**<br>**7322 Southwest Freeway, Suite 1600**<br>**Houston, TX 77074** | C | | Credit Card | | | | 29,106.95 |
| Account No. **xxxxxxxxxxxx4220** <br><br>**MBNA Platinum**<br>**c/o eCast Settlement Corporation**<br>**P.O. Box 7247-6923**<br>**Philadelphia, PA 19170-6923** | C | | Credit Card | | | | 46,366.62 |

Sheet no. **13** of **19** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                            Subtotal
                        (Total of this page)      **75,473.57**

In re    **Paul F. Dumas,**
            **Jacklyn J. Dumas**
                                         Debtors

Case No.     **10-90518**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3687**<br><br>Memorial Medical Center<br>c/o Central Valley Collections<br>1741 Coffee Road, Suite #7<br>Modesto, CA 95355-2087 | C | | Medical care - WGAT-litigation | | | X | 134,073.49 |
| Account No. **xxxx4901**<br><br>Mercedes Benz Credit Corp.<br>c/o AMO Recoveries<br>7001 Peachtree Ind. Blvd., Suite 320<br>Norcross, GA 30092 | C | | Lease return | | | | 14,023.62 |
| Account No.<br><br>Michael Walker<br>638 Los Ninos Way<br>Los Altos, CA 94022 | C | | partner in Keauhou Investment Company | | | | Unknown |
| Account No. **xxxxx9195**<br><br>Modesto Radiological Medical Group Inc.<br>c/o Stanislaus Credit Control Service<br>P.O. Box 480<br>Modesto, CA 95353 | C | | Medical service - WGAT-litigation | | | X | 210.74 |
| Account No.<br><br>Mr. & Mrs. Gary L. Woehl<br>2320 Grenoble Drive<br>Lodi, CA 95242 | C | | partners in Keauhou Investment Company | | | | Unknown |

Sheet no. __14__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

148,307.85

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Paul F. Dumas,**
        **Jacklyn J. Dumas**

                              Debtors

Case No.   **10-90518**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx6429**<br><br>**Multi Business Systems**<br>**P.O. Box 3039**<br>**Bakersfield, CA 93385** | C | | Business Forms | | | | 417.29 |
| Account No.<br><br>**Nancy A. Rapp**<br>**48209 N. 11th Avenue**<br>**New River, AZ 85087** | C | | partner in Keauhou Investment Company | | | | **Unknown** |
| Account No.<br><br>**Pacific Agri lands, Inc.**<br>**5206 Hammett Road**<br>**Modesto, CA 95358** | C | | Farming Expenses | | | | **744,037.76** |
| Account No.<br><br>**Patricia Losey**<br>**13280 Diegel Drive**<br>**Shelby TWP, MI 48315** | C | | partner in Keauhou Investment Company | | | | **Unknown** |
| Account No.<br><br>**Paul Kalamen**<br>**P.O. Box 6432**<br>**15436 Shasta Way**<br>**Pine Mountain Club, CA 93222** | C | | Partner in Keauhou Investment Company | | | | **Unknown** |

Sheet no. **15** of **19** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**744,455.05**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Paul F. Dumas,**                                                    Case No.    **10-90518**
         **Jacklyn J. Dumas**

                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| **Account No.** | | | | | partner in Keauhou Investment Company | | | | |
| **Paula L. Carlson** **346 Saratoga Drive** **Pittsburgh, PA 15236** | C | | | | | | | | Unknown |
| **Account No.** | | | | | partner in Keauhou Investment Company | | | | |
| **Penelope Robbins** **24036 Meadowbridge Drive** **Clinton Township, MI 48035** | C | | | | | | | | Unknown |
| **Account No.** | | | | | partner in Keauhou Investment Company | | | | |
| **Rebecca Parry** **1283 Heights Road** **Lake Orion, MI 48362** | C | | | | | | | | Unknown |
| **Account No.** | | | | | partner in Keauhou Investment Company | | | | |
| **Robert J. Esveldt** **1101 Evergreen Drive** **Iron Mountain, MI 49801** | C | | | | | | | | Unknown |
| **Account No.** | | | | | partner in Keauhou Investment Company | | | | |
| **Robert J. Esveldt** **1101 Evergreen Drive** **Iron Mountain, MI 49801** | C | | | | | | | | Unknown |

Sheet no. __16__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    **Paul F. Dumas,**                                     Case No.    **10-90518**
            **Jacklyn J. Dumas**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Roy P. Morris<br>39113 Faith<br>Sterling Heights, MI 48310 | C | | partner in Keauhou Investment Company | | | | **Unknown** |
| Account No. <br><br>SBC Pacific Bell<br>Payment Center<br>Sacramento, CA 95887-0001 | C | | Telephone | | | | **814.56** |
| Account No. xxxxxxxxxxxxxxxxxxxx1655 <br><br>Sears/Sherman Acquisitions L.P.<br>c/o Risk Management Alternatives, Inc.<br>P.O. Box 105324<br>Atlanta, GA 30348 | C | | Credit Card | | | | **8,408.18** |
| Account No. xxx2251 <br><br>SMUD<br>P.O. Box 15555<br>Sacramento, CA 95852 | C | | Utilities | | | | **6,505.80** |
| Account No. 2930 <br><br>Steve's Chevrolet<br>P.O. Box 575<br>Oakdale, CA 95361 | C | | Auto Repairs | | | | **774.97** |

Sheet no. __17__ of __19__ sheets attached to Schedule of                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)      **16,503.51**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re    **Paul F. Dumas,**                                                      Case No.     __10-90518__

            **Jacklyn J. Dumas**

                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | Repairs | | | | |
| Stockton Typewriter Company 404 E. Miner Avenue Stockton, CA 95202 | C | | | | | | | | 253.35 |
| Account No. | | | | | Medical service - WGAT-litigation | | | | |
| Sutter Gould Medical Foundation c/o Stanislaus Credit Control Service P.O. Box 480 Modesto, CA 95353 | C | | | | | | | X | 24,953.06 |
| Account No. | | | | | partner in Keauhou Investment Company | | | | |
| Ted Walker 2268 Lisa Lane Pleasant Hill, CA 94523 | C | | | | | | | | Unknown |
| Account No. | | | | | partner in Keauhou Investment Company | | | | |
| Timothy C. Morris 30309 Westmore Drive Madison Heights, MI 48071 | C | | | | | | | | Unknown |
| Account No. xx-xxxxxx5386 | | | | | Commercial Loan | | | | |
| U.S. Bank P.O. Box 790401 Saint Louis, MO 63179 | C | | | | | | | | 100,000.00 |

Sheet no.  __18__  of  __19__  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**125,206.41**

In re    **Paul F. Dumas,**                                                 Case No.    **10-90518**

         **Jacklyn J. Dumas**

_____
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xx-xxxxxx5386** | | | | | Comsumer Loan | | | | |
| **U.S. Bank** **P.O. Box 790401** **Saint Louis, MO 63179** | C | | | | | | | | 15,000.00 |
| Account No. | | | | | partner in Keauhou Investment Company | | | | |
| **Walter Kraus** **3409 33rd Avenue** **Seattle, WA 98116** | C | | | | | | | | Unknown |
| Account No. | | | | | Judgment | | | | |
| **Wells Fargo Bank** **c/o Paris & Paris** **424 Pico Blvd.** **Santa Monica, CA 90405** | C | | | | | | | | 12,199.57 |
| Account No. **xxxxxxxxxxxx2810** | | | | | Credit Card | | | | |
| **Wells Fargo Bank** **c/o Surpas Resource Corporation** **3120 Hayes Road, Suite 200** **Houston, TX 77083-2622** | C | | | | | | | | 8,086.44 |
| Account No. | | | | | Partner in Keauhou Investment Company | | | | |
| **Westpac Investment Company, LTD** **P.O. Box 6432** **Stockton, CA 95219** | C | | | | | | | | Unknown |

Sheet no. **19** of **19** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **35,286.01**

Total (Report on Summary of Schedules)     **4,134,484.58**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re    **Paul F. Dumas,**
        **Jacklyn J. Dumas**               Case No.    __10-90518__

                           Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**    _____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re   **Paul F. Dumas,**
       **Jacklyn J. Dumas**

Case No.     **10-90518**

Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**0**     continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Paul F. Dumas**
     **Jacklyn J. Dumas**                         Case No.   **10-90518**

                             Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter** | AGE(S):<br>**27** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Unemployed** | **Unemployed** |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 1,550.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance | | |
| (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income | | |
| (Specify): **Payment of expenses by sister - estimate** | $ 7,000.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 8,550.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 8,550.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 8,550.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re   **Paul F. Dumas**
        **Jacklyn J. Dumas**                                    Case No.   **10-90518**
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 2,400.00 |
| a. Are real estate taxes included? | Yes ___   No  X | |
| b. Is property insurance included? | Yes ___   No  X | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 300.00 |
| b. Water and sewer | | $ 70.00 |
| c. Telephone | | $ 300.00 |
| d. Other  **Satellite** | | $ 100.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 250.00 |
| 4. Food | | $ 300.00 |
| 5. Clothing | | $ 0.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 600.00 |
| 8. Transportation (not including car payments) | | $ 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 200.00 |
| b. Life | | $ 15.00 |
| c. Health | | $ 3,800.00 |
| d. Auto | | $ 230.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **Property taxes on residence** | | $ 400.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other | | $ 0.00 |
| Other | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 9,115.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ 8,550.00 |
| b. | Average monthly expenses from Line 18 above | $ 9,115.00 |
| c. | Monthly net income (a. minus b.) | $ -565.00 |

# United States Bankruptcy Court
## Eastern District of California

In re    **Paul F. Dumas**
        **Jacklyn J. Dumas**

                     Debtor(s)

Case No.    **10-90518**
Chapter     **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
__**36**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 2, 2010**              Signature    **/s/ Paul F. Dumas**
                                                 **Paul F. Dumas**
                                                 Debtor

Date   **March 2, 2010**              Signature    **/s/ Jacklyn J. Dumas**
                                                 **Jacklyn J. Dumas**
                                                 Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of California

In re    **Paul F. Dumas**
       **Jacklyn J. Dumas**                 Case No.    **10-90518**
                               Debtor(s)         Chapter      **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2010: No income |
| $12,500.00 | 2009: Distributions from Security Enterprises - estimated |
| $55,000.00 | 2008: Distributions from Security Enterprises - estimated |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Internal Revenue Service** **Centralized Insolvency Operations** **P.O. Box 21126** **Philadelphia, PA 19114** | **Various dates** | **Bank levies, total approximately $2,000** |

### 5. Repossessions, foreclosures and returns

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **David C. Johnston**<br>**Gianelli & Associates, A Prof. Law Corp.**<br>**P.O. Box 3212**<br>**Modesto, CA 95353** | **Monthly disbursements from attorney's trust account over preceding year. Trust account established more than one year pre-petition. Balance in trust: $1,737.00 for post-petition fees.** | **$2,797.00 for attorney's fees and $1,039.00 for clerk's filing fee. Majority of fees related to representation in tax matters.** |

4

#### 10. Other transfers

None ■
   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■
   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

#### 11. Closed financial accounts

None ■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

#### 12. Safe deposit boxes

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

#### 13. Setoffs

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

#### 14. Property held for another person

None ■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐
  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Keauhou Investment Company** | | **10324 St. Andrews Drive Oakdale, CA 95361** | **Real estate development in Hawaii.** | **1979 to present.** |
| **Security Enterprises** | | **10324 St. Andrews Drive Oakdale, CA 95361** | **Rural housing** | **1980 to present** |
| **Dumas Ventures** | | **10324 St. Andrews Drive Oakdale, CA 95361** | **Investments** | **1986 to 2004** |
| **Dumas Enterprises** | | **10324 St. Andrews Drive Oakdale, CA 95361** | **Investments** | **1990 to 2004** |

None
■
  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                       ADDRESS

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐
  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                            DATES SERVICES RENDERED
**William Young, CPA**                          **2006 to present**
**Clendenin, Bird & Company**
**1552 Coffee Road**
**Modesto, CA 95355**

None
■
  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                ADDRESS                 DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                         ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY           INVENTORY SUPERVISOR           DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                               NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                       RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                          NATURE OF INTEREST                PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                          TITLE                          NATURE AND PERCENTAGE
                                                               OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                     ADDRESS                                DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                          DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                 AMOUNT OF MONEY
OF RECIPIENT,                     DATE AND PURPOSE          OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR         OF WITHDRAWAL             VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                             TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **March 2, 2010**                   Signature   **/s/ Paul F. Dumas**
                                                       **Paul F. Dumas**
                                                       Debtor

Date   **March 2, 2010**                   Signature   **/s/ Jacklyn J. Dumas**
                                                       **Jacklyn J. Dumas**
                                                       Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

In re **Paul F. Dumas**
     **Jacklyn J. Dumas**
_____
                    Debtor(s)

Case Number:   **10-90518**
_____
               (If known)

# CHAPTER 11 STATEMENT OF CURRENT MONTHLY INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. CALCULATION OF CURRENT MONTHLY INCOME | | |
|---|---|---|

| | | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ☐ Married, not filing jointly. **Complete only column A ("Debtor's Income") for Lines 2-10.**<br>c. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 0.00 | $ 0.00 |
| 3 | **Net income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If more than one business profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero.<br><br>a. Gross receipts — Debtor $ 2,000.00 / Spouse $ 0.00<br>b. Ordinary and necessary business expenses — Debtor $ 0.00 / Spouse $ 0.00<br>c. Business income — Subtract Line b from Line a | $ 2,000.00 | $ 0.00 |
| 4 | **Net Rental and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero.<br><br>a. Gross receipts — Debtor $ 0.00 / Spouse $ 0.00<br>b. Ordinary and necessary operating expenses — Debtor $ 0.00 / Spouse $ 0.00<br>c. Rent and other real property income — Subtract Line b from Line a | $ 0.00 | $ 0.00 |
| 5 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
| 6 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse if Column B is completed. | $ 0.00 | $ 0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ 0.00   Spouse $ 0.00 | $ 0.00 | $ 0.00 |
| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a.   Debtor $ / Spouse $<br>b.   Debtor $ / Spouse $ | $ 0.00 | $ 0.00 |

| 10 | **Subtotal of current monthly income.** Add lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 thru 9 in Column B. Enter the total(s). | $ | **2,000.00** | $ | **0.00** |
|---|---|---|---|---|---|

| 11 | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $ | **2,000.00** |
|---|---|---|---|

## Part II. VERIFICATION

| 12 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
|---|---|

Date: __March 2, 2010__          Signature: __/s/ Paul F. Dumas__
                                              **Paul F. Dumas**
                                              (Debtor)

Date: __March 2, 2010__          Signature __/s/ Jacklyn J. Dumas__
                                              **Jacklyn J. Dumas**
                                              (Joint Debtor, if any)