STEVEN S. ALTMAN (SB NO. 63824)
Law Offices of Steven Altman, PC
1127-12th Street, Suite 203
Modesto, CA 95354
Phone:(209) 521-7255
Fax: (209) 577-8390
email: altman@altmanattorney.com

Attorney for Trustee
Michael D. McGranahan

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Modesto, Division)

In re

PAUL F. DUMAS AND JACKLYN J. DUMAS,

Debtors

Case No: 10-90518
DCNO: SSA-2

Date: January 25, 2012
Time: 10:30 A.M.
Place: 1200 I. St. 2nd Fl. Modesto, CA

Dept: E

Judge: Ronald H. Sargis

**DECLARATION OF TRUSTEE MICHAEL D. McGRANAHAN IN SUPPORT OF TRUSTEE'S MOTION FOR SALE OF BANKRUPTCY ESTATE'S INTEREST IN FRACTIONAL INTEREST IN PARTNERSHIP PROPERTY**
**[28.58% INTEREST IN PARTNERSHIP INTEREST KNOWN AS SECURITY ENTERPRISES LOCATED IN DELHI, CALIFORNIA]**

**[11 U.S.C. SECTION 363(b)(1)]**

I, Michael D. McGranahan, declare under penalty of perjury the following:

1. I have personal knowledge of the facts contained in this declaration and I would and could testify competently to the facts contained in this declaration in a court of law. I further declare the foregoing declaration to be executed under penalty of perjury pursuant to the laws of

DECLARATION OF TRUSTEE MICHAEL D. McGRANAHAN IN SUPPORT OF
MOTION FOR SALE OF FRACTIONAL PARTNERSHIP INTEREST

the State of California and United States of America.

2. Following this case's conversion to Chapter 7 on March 22, 2010, I became Trustee in this matter. During my investigation, I reviewed the schedules and started to marshall the assets of the case for sale which included the following property:

> 28.58% fractional interest of Paul Dumas in Security Enterprises, commonly known as "Magnolia Gardens," located at 9760 Gordon Avenue in Delhi, California.[1]
> (hereafter "property" or "subject property")

3. The foregoing property is a fractional partnership interest (28.58%) held by debtor Paul Dumas, arising out of a partnership [Security Enterprise]. The foregoing property is commercial in nature: used for the operation of renting out low and moderate income rural housing in the Delhi area. From what I could discern in reviewing the partnership documents, talking to the estate tax CPA, the partnership's CPA, and my legal bankruptcy counsel, there are approximately twelve (12) members of the partnership.

4. The subject property interest referenced above has an underlying loan owed to Farmers Home Administration. The partnership is responsible for that obligation, but not the debtors. As of December 15, 2011, the foregoing obligation was $572,393.44. In addition, the terms and conditions of the loan obligation between the partnership and Farmers Home Administration mandate that the loan in question can only be used for low or moderate housing and if the investment return exceeds the sum of eight (8%) percent per annum of the borrower's initial investment, the Government has the right to require the borrower to reduce the rents and/or refund the excess returns on the investment to the tenants. The minority interest held by the debtors, coupled with the loan restrictions and cap on investment returns has made the sale of this interest very difficult. In addition, debtors' schedules reflected a fair market value of the property interest of only $10,000.

5. Based upon my work in this case, I received an offer to sell the estate's interest in the subject property referenced above to Kathleen C. Dumas, sister of debtor Paul Dumas, for the principal sum of $15,000 (all cash). The subject offer is "**AS IS**" and "**WHERE IS**" and

---

[1] Neither Debtor were a party to the original loan agreement and they were not partners at the time the loan was made to the partnership on or about November 18, 1983.

DECLARATION OF TRUSTEE MICHAEL D. McGRANAHAN IN SUPPORT OF
MOTION FOR SALE OF FRACTIONAL PARTNERSHIP INTEREST

2

"WITHOUT WARRANTY." The buyer will also be purchasing the property interest subject to any liens and/or encumbrancers of record, including but not necessarily limited to the obligation owed to Farmers Home Administration listed above. A copy of the sale agreement is filed with this motion and it also includes the Trustee's Addendum which is attached to the Motion for Sale and identified as Exhibit "1."

6. The proposed buyer has tendered to me an earnest money deposit of $14,000. At the time of this Motion she will owe the additional sum of $1,000 which is expected to have been paid. The sale agreement requires overbids to be solicited in Bankruptcy Court. Based upon the nature of the property interest in question, together with the present sale price ($15,000), I would request the Court set any overbids at increments of $500. As such, the next highest bid price would be $15,500.

7. There are no brokers costs occasioned by this sale. Accordingly, the present proceeds to the estate is $15,000 "net."

8. I contend that based upon my investigation of this asset and the surrounding circumstances of its sale, the sum of $15,000 offered for the property is a fair price and is in the best interest of case administration and creditors that the Court approve the sale: subject to overbid. I would respectfully ask the Court's approval of the sale.

Executed on January ___2___, 2012 at Modesto, California.

_____
Michael D. McGranahan

DECLARATION OF TRUSTEE MICHAEL D. McGRANAHAN IN SUPPORT OF
MOTION FOR SALE OF FRACTIONAL PARTNERSHIP INTEREST

3