STEVEN S. ALTMAN (State Bar No. 63824)
Steven Altman, PC
Attorney at Law
1127-12th Street, Suite 203
Modesto, California 95354

(209) 577-8390-Fax
(209) 521-7255-Phone
email: altman@altmanattorney.com

Attorney for Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Modesto Division)

| | |
|---|---|
| In re:<br><br>PAUL F. DUMAS and<br>JACKLYN J. DUMAS,<br><br>Debtors. | Case No: 10-90518<br><br>DCNO SSA-2<br><br>Date: January 25, 2012<br>Time: 10:30 am<br>Place: 1200 I St., Ste. 4<br>Modesto, CA<br><br>Dept: E<br>Judge: Ronald H. Sargis |

**EXHIBITS TO TRUSTEE'S MOTION FOR SALE OF BANKRUPTCY ESTATE'S INTEREST IN FRACTIONAL INTEREST IN PARTNERSHIP PROPERTY**

Exhibit 1    Sale Agreement and Trustee's Addendum                Page 2

FILED
January 03, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003990321

# AGREEMENT TO PURCHASE PROPERTY OF THE BANKRUPTCY ESTATE

The parties, whose names appear below agree to the following:

1. The subject bankruptcy In re Paul F. Dumas and Jacklyn Dumas referenced sometimes as the "Dumas case) Case No. 10- 90518 . The subject case was filed on February 16, 2010 as a Chapter 11 proceeding and thereafter converted to Chapter 7 on March 22, 2010. Trustee **MICHAEL D. McGRANAHAN,** is duly appointed Trustee of the above estate, charged with administration, review and collection of assets concerning this estate.

2. The Trustee (designated sometimes as "Seller" or "Trustee") and Kathleen C. Dumas, whose signature appears below, (and may sometimes be referred to as "Buyer"), have entered into this "Agreement to Purchase Property of the Bankruptcy Estate" (hereafter referenced as "Agreement") which concerns the sale of the bankruptcy estate's interest in Debtor's interest in the foregoing described property:

28.58 Interest of Paul F. Dumas in Security Enterprises, commonly known as "Magnolia Gardens," 9760 Gordon Avenue, Delhi, California.

The foregoing is a Low Income Worker Housing Facility. The debtors hold a minority partnership interest in the subject property with nine other partnership members.

3. After due consideration and negotiation between the parties, the Buyer, shall pay to the Trustee, on behalf of the bankruptcy estate, the gross sum of $15,000 for the estate's interest referenced in Paragraph 2 above. The subject property is being purchased **"as is"** and **"where is"** and **"without warranty"** of any kind. The purchase shall be subject to any liens and/or encumbrances of record.

MDM-DUMAS                                                                 SALE AGREEMENT-6.5.11.SSA-TRU-

Exhibit ___1___

Page ___2___



4. The Buyer, Kathleen C. Dumas, shall pay to the Trustee in cash or other negotiable sums, the total sum of $15,000, stated in Paragraph 3 above. The foregoing sum shall be due within ten (10) days from execution of this contract and payable as follows: Michael D. McGranahan, as "Trustee of the Bankruptcy Estate of Paul F. Dumas and Jacklyn Dumas." Payment shall be remitted to the following address: Michael D. McGranahan, Trustee c/o PO Box 5018, Modesto, CA 95352. The Buyer warrants that she is the sister of Paul Dumas. Buyer, as condition of sale, shall sign the Trustee's Addendum, attached herein as Exhibit "A".

5. Buyer warrants that she either has made a full and complete inspection of the property or has elected not to do so. Buyer and Seller mutually agrees that, if applicable, and at the request of buyer or her counsel, an escrow shall be opened in this matter at Chicago Title in Modesto, and buyer shall be responsible for all standard and customary fees and costs of escrow.

6. Seller, Trustee Michael D. McGranahan, will provide the Buyer with a Bill of Sale or suitable Deed for recording purposes, once the subject sale is approved by the United States Bankruptcy Court where the Dumas case is now pending and the statutory period of time to appeal the sale order has expired by law.

7. Although initial deposit payment is due within ten (10) days from the date of execution of this Agreement, unless extended in writing by the parties for a later date, approval and finalization of this Agreement is also contingent upon the approval of the United States Bankruptcy Court, Eastern District of California, for which this case is pending upon a duly noticed motion of Trustee. The sale will also be subject to overbid. Should the Court fail to approve the sale to for any reason, including but not limited to the successful overbid by third partie(s), then the Trustee shall refund to Buyer the sum of $15,000 as full and complete

MDM-DUMAS     Exhibit ____1____     SALE AGREEMENT-6.5.11.SSA-TRU-

Page ___3___



satisfaction in this matter.

8. Should the Buyer fail to pay the balance of the sums when due, at the Trustee's option, he may sue to enforce the terms of sale, declare the sale null and void, declare a breach of contract or seek any other relief that he deems appropriate. Any earnest money deposit tendered as part of the sale shall be kept by the Trustee in full as partial liquidated damages in this matter.

9. Should any party breach this Agreement, the non defaulting party shall be able to sue for damages, costs, all general and consequential damages arising from breach and/or other relief and shall be awarded all reasonable attorneys' fees and costs in the Eastern District of California, United States Bankruptcy Court, or any other Court of competent jurisdiction.

10. Time is of the essence in this Agreement.

11. The Trustee is represented by counsel Steven S. Altman of the law office of Steven Altman, PC who drafted this Agreement. Buyer has been advised by the Trustee and his counsel to seek counsel of his choice in this matter and has either done so, or after due reflection and consideration, elected not to do so. In any event, by execution of this agreement, Buyer warrants she fully understands and fully appreciates the terms and conditions of this is transaction and its legal consequences and enters into this transaction freely and without any reservations.

12. The parties further agree that this Agreement shall constitute the entire agreement between the parties pertaining to the subject matter contained in it and supersede all prior contemporaneous agreements, representations, and understandings of the parties. Any supplement, modification, or amendment of this agreement will not be binding unless signed in writing by all parties to this agreement.

13. This Agreement may be executed in one or more counterparts, each of which will be

MDM-DUMAS SALE AGREEMENT-6.5.11.SSA-TRU-

Exhibit 1

Page 4



considered an original, but all of which together will constitute one and the same instrument.

    14. This Agreement will be binding on, and will inure to the benefit of, the parties to it and their respective heirs, legal representatives, successors, and assigns, provided that the Selling Party may not assign their obligations under this agreement,

DATED: 11/8/11          DATED: 7 NOV 2011

By: /s/ Mike McGrah      By: /s/ Kathleen C Dumas
MICHAEL D. McGRANAHAN      KATHLEEN C. DUMAS
Trustee, Seller                             Buyer
                                            WITH ADDENDUM



# ADDENDUM TO AGREEMENT TO PURCHASE PROPERTY OF THE BANKRUPTCY ESTATE

The parties, whose names appear below agree to the following:

1. The subject bankruptcy In re Paul F. Dumas and Jacklyn Dumas referenced sometimes as the "Dumas" case) Case No. 10-90518 . The subject case was filed on Febuary 16, 2010. Trustee, **MICHAEL D. McGRANAHAN,** is duly appointed Trustee of the above estate, charged with administration, review and collection of assets concerning this estate.

2. The Trustee (designated sometimes as "Seller" or "Trustee") and Kathleen C. Dumas, whose signature appears below, (and may sometimes be referred to as "Buyer"), have entered into this "Agreement to Purchase Property of the Bankruptcy Estate" (hereafter referenced as "Agreement") which concerns the sale of the bankruptcy estate's interest in Debtor's interest in the foregoing described property:

28.58 Interest of Paul F. Dumas in Security Enterprises, commonly known as "Magnolia Gardens," 9760 Gordon Avenue, Delhi, California.

The foregoing is a Low Income Worker Housing Facility. The debtors hold a minority partnership interest in the subject property with nine other partnership members.

3. The parties have previously executed a Sales Agreement.

4. The foregoing Addendum provides the following additional terms and conditions:

A) Buyer, Kathleen C. Dumas, may pay the purchase price of $15,000 by cashiers check or regular check.

B) Buyer, Kathleen C. Dumas, shall have by and through December 31, 2011 to pay the entire purchase price: $15,000.

MDM-DUMAS        Exhibit _____1_____        SALE AGREEMENT-11.2.11.ssa-tru/mdm-dumas.

Page _____6_____

DATED: 11/8/11                                          DATED: 7 NOV 2011

By: /s/ Michael McGranahan                              By: /s/ Kathleen Dumas
MICHAEL D. McGRANAHAN                                   KATHLEEN C. DUMAS
Trustee, Seller                                         Buyer

MDM-DUMAS

SALE AGREEMENT-11.2.11.ssa-tru/mdm-dumas.

Exhibit _____1_____

Page _____7_____